Square Realty Company, Appellant, *v.* Pennsylvania Company for Banking and Trusts.

Submitted January 11, 1952. Before DREW, C. J., STERN, STEARNE, BELL, CHIDSEY and MUSMANNO, JJ.

72

*Edward W. Furia* and *Furia & DiCintio*, for appellant.

*Edmund R. Finegan, Thomas P. Mikell* and *Saul, Ewing, Remick & Saul,* for appellee.

OPINION PER CURIAM, March 24, 1952:

The judgment of the court below is affirmed on the opinion of Judge PARRY.

General Building Contractors' Association *v.*
Local Union No. 542, Appellant.

Argued November 13, 1951. Before DREW, C. J., STERN, STEARNE, BELL, LADNER and CHIDSEY, JJ.